DANIEL BRODERICK, Bar #89424
Federal Defender
Benjamin Galloway, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOHN A. DAVID

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cr-00467-MCE |
| Plaintiff, | |
| v. | **AMENDED ORDER FOR RELEASE** |
| JOHN A. DAVID, | |
| Defendant. | |

On October 1, 2010, defendant JOHN A. DAVID was released from the California Department of Corrections to federal custody.[1]  According to the California Department of Correction, his actual release date from their custody was October 6, 2010.  On November 18, 2010, Mr. David appeared before this Court and was sentenced to imprisonment for two months.  As of December 5, 2010, Mr. David will have served two months of imprisonment.

///

///

///

///

---

[1] USPO Dispositional Memorandum, dated November 10, 2010, page 6.

1  In light of these facts, IT IS HEREBY ORDERED that JOHN A. DAVID be
2  released from federal custody in the above-captioned case no later than
3  December 5, 2010.

 Dated: November 30, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE